UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MELISSA LANDUCCI, | Case No.: 5:14-CV-00789 LHK |
| Plaintiff, | |
| v. | CASE MANAGEMENT ORDER |
| STATE FARM INSURANCE COMPANY, Defendant DAVID COLKER, and DOES 1 through 25, Inclusive, | |
| Defendants. | |

Clerk: Martha Parker Brown                    Plaintiff's Attorneys: Charles Bonner
Reporter:                                               Defendants' Attorneys: Eric Bellafronto

The Court held an initial case management conference on July 30, 2014. A further case management conference is scheduled for December 3, 2014 at 2:00 p.m.

Plaintiff will file a one page statement regarding the timeliness of her opposition brief to the motion to dismiss by July 30, 2014. Defendants will file a one page response by August 5th, 2014.

The parties have waived the seven hour limit on Plaintiff's deposition.

The deadline for Plaintiff's First Amended Complaint is August 20, 2014 and the deadline for Defendants' response is September 3, 2014.

The parties shall exchange initial discovery disclosures by August 20, 2014.

The private mediation deadline is November 21, 2014.

The Court sets the following case schedule:

1

Case No.: 5:14-CV-00789
CASE MANAGEMENT ORDER

CLOSE OF FACT DISCOVERY: March 5, 2015

EXPERT DISCOVERY:
    Opening Reports: March 26, 2015
    Rebuttal Reports: April 16, 2015
    Cut-off: May 7, 2015

LAST DAY TO FILE DISPOSITIVE MOTIONS: May 28, 2015

HEARING ON DISPOSITIVE MOTIONS: July 2, 2015 at 1:30 pm

FINAL PRETRIAL CONFERNENCE: September 3, 2015 at 1:30 pm

JURY TRIAL: September 14, 2015 at 9 am

LENGTH OF TRIAL: 7 days

**IT IS SO ORDERED.**

Dated: July 30, 2014

_____
LUCY H. KOH

2

Case No.: 5:14-CV-00789
CASE MANAGEMENT ORDER